IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Civil Action No: MDL-875 |
| This Document Relates to | E.D. Pa. Case No: |
| Johnson v. A W Chesterton Company, et al., | 11-66278 – File |
| Van Stippen v. A W Chesterton Company, et al., | 11-63483 |
| Zellner v. A W Chesterton Company, et al | 11-66746 |

## ORDER

AND NOW, this 28th day of September, 2012, upon consideration of "Plaintiffs' Motion[s] for an Extension of Discovery and to File Expert Reports or, in the Alternative, to Transfer Cases to the CVLO-7 Scheduling Order" (11-66278 Doc. 142, 11-63483 Doc. 365, 11-66746 Doc. 184), and the responses thereto (11-66278 Doc. 146, 11-63483 Doc. 372, 11-66746 Doc. 187), it is hereby **ORDERED** that the motions are **DENIED.**[1]

BY THE COURT:

_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] CLVO seeks to have fact discovery re-opened in these cases because "[i]nvestigation is ongoing to gather the facts and records plaintiffs' experts need to rely upon to author their reports" and requests additional time to interview site workers and co-workers. See 11-66278 Doc. 142. Fact discovery in these cases closed on August 3, 2012. The motions were filed a month later on September 4, 2012 and September 5, 2012. They are untimely and must be denied.